UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CUEVAS, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>       Plaintiff,<br><br>  v.<br><br>LITTLE CAESAR ENTERPRISES, INC.; and DOES through 10, inclusive,<br><br>       Defendants. | Case No. 3:23-cv-03166-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOSE CUEVAS' ADMINISTRATIVE MOTION FOR A REMOTE MOTION TO REMAND HEARING**<br><br>[Filed concurrently with Notice of Administrative Motion and Motion; Memorandum of Points and Authorities; and Joint Stipulation] |

Date:               September 14, 2023
Judge:             Hon. Vince Chhabria

Current Time:       10:00 a.m.
Current Location:  U.S. District Court
                        San Francisco Courthouse
                        Courtroom 4, 17th Floor
                        450 Golden Gate Avenue
                        San Francisco, CA 94102

New Time:         1:00 p.m.
New Location:     Remote via Zoom

Action Filed:      May 12, 2023
Removal:          June 26, 2023

## ORDER

After considering Plaintiff's Administrative Motion and accompanying papers,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiff's Motion is

GRANTED. The Motion to Remand hearing—previously scheduled for in-person appearances

on Thursday, September 14, 2023, at 10:00 a.m.—shall be converted to a remote hearing,

conducted via Zoom at 1:00 p.m. on September 14, 2023.

All counsel shall participate in the hearing remotely. This arrangement will

accommodate the geographical locations of all involved parties.

The Court expects all participants to adhere to courtroom decorum during the remote

hearing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 2, 2023

